```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Ledger**

    **v.**                                          Civil No. 06-cv-411-JL

**LeVierge et al**


**O R D E R**

I recuse myself from this case and direct the clerk to assign the matter to another judge.

SO ORDERED.

                                        /s/Joseph N. LaPlante
                                       Joseph N. LaPlante
                                         United States District Judge

January 28, 2008

cc:  Michael Sheehan, Esq.
     Elizabeth L. Hurley, Esq.
     John A. Curran, Esq.