```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Michael Ledger**

   **v.**                                          Civil No. 06-cv-411-PB

**Ryan LeVierge, et al.**


### O R D E R

I recuse myself from this case as Michael Sheehan is on my recusal list.

SO ORDERED.

                                        /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

January 31, 2008

cc:  Michael J. Sheehan, Esq.
     Elizabeth L. Hurley, Esq.
     John A. Curran, Esq.