UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Michael Ledger</u>

    v.                                      Case No. 06-cv-411-SM

<u>Ryan LeVierge, et al.</u>

<u>NOTICE OF RULING</u>

    Re:  (Document No. 44) Defendant's Motion for Reconsideration of Ruling on Motion for Summary Judgment

    Ruling:  Denied.  Defendants do not point to now-uncontested material facts entitling them to judgment, but merely argue that plaintiff's expert witnesses can be successfully exposed as having gotten it wrong.  Perhaps.  Perhaps not.  The jury will decide what the facts are, and, as the record stands, there is a genuine dispute as to material facts, one being whether plaintiff suffered his injury as a result of a car accident or an unwarranted application of physical force at the jail.

_____
Steven J. McAuliffe
Chief Judge

January 13, 2009

cc:  Michael J. Sheehan, Esq.
     Elizabeth L. Hurley, Esq.
     John A. Curran, Esq.