UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Michael Ledger</u>

    v.                                     Case No. 06-cv-411-SM

<u>Ryan LeVierge, et al.</u>


<u>NOTICE OF RULING</u>

Re: (Document No. 34) Motion to Strike Plaintiff's Expert Witnesses

Ruling: Denied. As discussed at the pretrial conference, this motion was thought by the court to have been denied before ruling on the motion for summary judgment. It is denied, for the reasons given in plaintiff's objection, particularly because defendants were aware of the disclosure in adequate time, no prejudice resulted, and defendants have had a full opportunity to, and, indeed, have taken depositions from each expert. In addition, the trial has been continued for unrelated reasons, giving defendants more than adequate time to prepare.

                                                  Steven J. McAuliffe
                                                  Chief Judge

January 13, 2009

cc: Michael J. Sheehan, Esq.
     Elizabeth L. Hurley, Esq.
     John A. Curran, Esq.